NEW YORK LIVE POULTRY COMPANY, APPELLANT, v. LOUIS SCHWARTZ, RESPONDENT.

Argued May 20, 1927—Decided December 8, 1927.

For the appellant, *Frank G. Turner*.

For the respondent, *Kent & Kent*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance* — TRENCHARD, KALISCH, KATZENBACH, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 9.

*For reversal*—None.